# United States District Court

NORTHERN _____ DISTRICT OF _____ CALIFORNIA

UNITED STATES OF AMERICA
V.
RODRIGUEZ-RIOS, ARTURO
a/k/a: REYES, ARTURO

**CRIMINAL COMPLAINT**

CASE NUMBER:

**07 70289 HRL**

(Name and Address of Defendant)

FILED
2007 MAY 17 P 1:55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than January 19, 2007 in Monterey County in the Northern District of California defendant(s) did, (Track Statutory Language of Offense)

Unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General or the Secretary of the Homeland Security.

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title
facts:-

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and

a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant / government will request detention.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__5/17__ 2007                    at San Jose, California
Date                              City and State

Howard R. Lloyd
United States Magistrate Judge       _____
Name & Title of Judicial Officer     Signature of Judicial Officer

**AFFIDAVIT OF SPECIAL AGENT PERCY ORUM**

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), formerly known as the United States Immigration and Naturalization Service ("INS"). The departmental change from INS to ICE became effective on March 01, 2003, pursuant to Executive Orders of the Homeland Security Act. I have been employed with INS/ICE since March 05, 1980. I am currently assigned to the Alien Criminal Apprehension Program ("ACAP") Unit of the San Jose Sub-office. In such capacity, I have reviewed the official file relating to the below named individual, which attests to the following:

(1) RODRIGUEZ-RIOS, ARTURO ("RODRIGUEZ-RIOS") a/k/a ("REYES, ARTURO") is a 32-year-old male native and citizen of Mexico, who has used three (03) aliases and one (01) date of birth in the past.

(2) RODRIGUEZ-RIOS, has been assigned one (1) Alien Registration Number of A098 254 358, FBI Number of: 592945MB7, Monterey County Booking Number of: 6121270, California Department of Correction Number of: V35940, and a California Criminal Information Index number of: A21399998.

(3) On May 08, 2001, RODRIGUEZ-RIOS was convicted in the Superior Court of the State of California, in and for the County of Monterey, for the offense of POSSSESSION OF A CONTROLLED SUBSTANCE FOR SALE, in violation of Section 11351 of the California Health and Safety Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a) (43)(B).

(4) On May 01, 2002, RODRIGUEZ-RIOS was convicted in the Superior Court of the State of California, in and for the County of Monterey, for the offense of FELON IN POSSSESSION OF A FIREARM, in violation of Section 12021(A)(1) of the California Penal Code. This is defined as an aggravated felony under Title 8, United States Code, Section 1101(a) (43)(E)(ii).

(5) A check through ICE's records shows that RODRIGUEZ-RIOS was arrested and deported on one (01) occasion from the United States: on October 24, 2005 at Nogales, Arizona.

(6) RODRIGUEZ-RIOS last entered the United States at or near an unknown place and date after October 24, 2005, by crossing the international border without inspection subsequent to deportation.

(7)   RODRIGUEZ-RIOS, on a date unknown but no later than January 19, 2007, at the Monterey County Jail, Salinas, California, was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney General or the Secretary of the Homeland Security, in violation of Title 8, United States Code, Section 1326.

(8)   On October 05, 2005, while incarcerated at the Golden State Community Correctional Facility, McFarland, California, RODRIGUEZ-RIOS was interviewed by ICE Special Agent Leroy Odom (SA Odom) for removal proceedings. On the Form I-213 (Report of Deportable/Inadmissible Alien) obtained by SA Odom, RODRIGUEZ-RIOS admitted alienage, deportability, illegal entry into the United States.

(9)   On January 19, 2007, RODRIGUEZ-RIOS was interviewed by Your Affiant at the Monterey County Jail, Salinas, California, Northern District of California. During that interview, in Spanish, RODRIGUEZ-RIOS was advised of his Miranda rights. RODRIGUEZ-RIOS waived his rights and gave a sworn statement. RODRIGUEZ-RIOS admitted alienage, deportability, prior deportation, and illegal reentering the United States after deportation. RODRIGUEZ-RIOS admits the photograph, fingerprint, and other information on the October 24, 2005 executed Warrant of Deportation relates to him. RODRIGUEZ-RIOS, however, refused to answer the question concerning him obtaining permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation and refused to sign the statement or to submit to being fingerprinted. Additional information concerning alienage, prior deportation and RODRIGUEZ-RIOS's failure to obtain permission from the Attorney General or the Secretary of the Homeland Security to return to the United States after deportation was obtained from RODRIGUEZ-RIOS's alien file, ICE, state, FBI, and local checks.

(10)  Fingerprints obtained from the FBI and the Salinas Police Department relating to RODRIGUEZ-RIOS's most recent arrest and present incarceration were compared with RODRIGUEZ-RIOS's fingerprints on his October 24, 2005 executed Warrant of Deportation. A latent print examiner at the Santa Clara County Sheriff's Department determined that the fingerprints were identical and related to RODRIGUEZ-RIOS.

(11)  There is no record in the official file of the United States Department of Homeland Security, Immigration and Customs Enforcement that RODRIGUEZ-RIOS ever applied to the Attorney General or the Secretary of the Homeland Security to reenter the United States after deportation.

(12)   RODRIGUEZ-RIOS is currently in custody at the Monterey County Jail, Salinas, California on states charges for Possession of a Controlled Substance and Parole Violation for Possession of a Controlled Substance with a pending release date.

(13)   On the basis of the above-described information, there is probable cause to believes that RODRIGUEZ-RIOS illegally entered the United States, in violation of Title 8, United States Code, Section 1326. RODRIGUEZ-RIOS was found in the United States after having been deported, and he had not sought permission from the United States Attorney General or the Secretary of the Homeland Security to re-enter the United States.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Percy Orum
Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this 17 day of May, 2007.

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE