JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile: (408) 535-5081
jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTURO RODRIGUEZ-RIOS,<br><br>    Defendant. | No. CR 07-70289-HRL<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice as to defendant Arturo Rodriguez-Rios.

DATED: 2/23/09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
JEFFREY B. SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL - CR 07-70289-HRL

**FILED**
MAY 30 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| 1 | Leave of Court is granted to the government to dismiss that complaint without prejudice as to |
| 2 | defendant Arturo Rodriguez-Rios. |
| 3 | |
| 4 | Date: 5/30/17 |
| 5 | HOWARD R. LLOYD<br>United States Magistrate Judge |

NOTICE OF DISMISSAL - CR 07-70289-HRL 2